Dear Clerk,

Please file the enclosed pages to my amended complaint in Sperry v. Wildermuth, et al., 16-3222-SAC.

Thank you.

Jeffrey J. Sperry