

# KASPER - OFFENDER POPULATION SEARCH
## Kansas Adult Supervised Population Electronic Repository
## Kansas Criminal Justice Information System
### OFFENDERS SHALL NOT BE ARRESTED SOLELY ON THE BASIS OF INFORMATION DISPLAYED ON THIS SITE



Offender Search      Parole Absconders      Community Correction Absconders

## SPERRY, JEFFERY J  (KDOC# 0047031)

# This information is current as of: Jun 1 2020 5:00AM

## Names

| Name Type | Name |
|---|---|
| Conviction | SPERRY, JEFFERY J |
| True | SPERRY, JEFFREY JON |



**SPERRY, JEFFERY J**
**Approx Picture Date**
2020-04-22



**SPERRY, JEFFERY J**
**Approx Picture Date**
2020-04-22

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Jun 25, 1963 | 56 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Blue | Brown | 6'-4" | 268 | Male | White |

**XML Document   XML Schema**

## Current Status reported by Dept. of Corrections

Work or Program Participation Private Industry
Earliest Possible Release Date (1) Jan 16, 2021
Current Status Incarcerated
Admission Date Mar 19, 1997
Current Location (2) **El Dorado CF-Central**
Custody Level Low Medium
(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.



**EXHIBIT**
**A**

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Johnson | K52709 | Nov 11, 1986 | Mar 11, 1988 | N/A | Theft ($150 or More) | 1 | Class E Felony | Inactive | KS |

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|--------|------|------|------|------|------|------|------|------|------|
| Wyandotte | 95CR2246 | Nov 26, 1995 | Mar 12, 1997 | N/A | Murder in the First Degree | 1 | Off Grid | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|----------|---------------|-----------------|
| El Dorado CF-Central | Apr 11, 2017 | Inter-Facility Movement |
| Lansing CF-Central | Apr 04, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 26, 2016 | Inter-Facility Movement |
| Lansing CF-Central | Apr 19, 2016 | Inter-Facility Movement |
| El Dorado CF-Central | Jan 22, 2016 | Inter-Facility Movement |
| Lansing CF-Central | Jun 10, 2015 | Returned From Court Appearance |
| Leavenworth County | Jun 10, 2015 | Released For Court Appearance |
| Lansing CF-Central | May 13, 2015 | Returned From Court Appearance |
| Leavenworth County | May 13, 2015 | Released For Court Appearance |
| Lansing CF-Central | Oct 10, 1997 | Inter-Facility Movement . |
| Hutchinson CF-Central | Apr 23, 1997 | Inter-Facility Movement |
| Topeka CF-RDU | Mar 19, 1997 | New Court Commitment |
| Unknown or N/A | Feb 14, 1992 | Expiration Of Sentence |
| Missouri State | Sep 12, 1991 | DOC War. Wthdrwn Supervsn O/S |
| Missouri State | Aug 16, 1991 | DOC Warrant Issued |
| Missouri State | Feb 19, 1991 | Conditional Release |
| Lansing CF-Central | Jan 23, 1991 | Probation Viol. No New Sent |
| Unknown or N/A | Jul 15, 1988 | Probation |
| Johnson County | Jul 14, 1988 | Released For Court Appearance |
| Lansing CF-Central | May 18, 1988 | Inter-Facility Movement |
| Topeka CF-RDU | Apr 20, 1988 | Inter-Facility Movement |
| Hutchinson CF-Central | Apr 11, 1988 | New Court Commitment |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Sep 23, 2015 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 23, 2015 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Jul 12, 2015 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Dec 31, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Sep 15, 2014 | 2 | Lansing Correctional Facility - Central | Debt Adj or Collection Proh. |
| May 06, 2014 | 1 | Lansing Correctional Facility - Central | Sexual Activity |
| Apr 04, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Apr 04, 2014 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Nov 03, 2013 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Nov 03, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 26, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| May 27, 2012 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| May 27, 2012 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Oct 18, 2011 | 2 | Lansing Correctional Facility - Central | Taking W/O Permission |
| Aug 09, 2011 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 19, 2010 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 19, 2010 | 2 | Lansing Correctional Facility - Central | Gambling and Bookmaking |
| Apr 13, 2010 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Mar 08, 2010 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Feb 23, 2010 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 23, 2010 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| May 30, 2009 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Aug 18, 2008 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Feb 29, 2008 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Jan 29, 2008 | 1 | Lansing Correctional Facility - Central | Accessing UnAuth Computer Info |
| Oct 28, 2007 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Jul 10, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 05, 2002 | 1 | Lansing Correctional Facility - Central | Theft |
| Jul 05, 2002 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Dec 20, 2000 | 2 | Lansing Correctional Facility - Central | Regis. & Use of Pers. Property |
| Dec 13, 2000 | 1 | Lansing Correctional Facility - Central | Undue Familiarity |
| Dec 13, 2000 | 1 | Lansing Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Feb 23, 1999 | 1 | Lansing Correctional Facility - Central | Theft |
| Feb 23, 1999 | 3 | Lansing Correctional Facility - Central | Care of Living Quarters |

## Completed Programs

| Name | Completion Date |
|------|-----------------|
| High Risk OWDS | Feb 28, 2020 |
| Family Transition | Jan 08, 2020 |

Main Site:  **Kansas Department of Corrections**