Attachment B, IMPP 20-105
Effective 07-08-14 

# Kansas Department of Corrections
## Administrative Segregation Report

TO: <u>Secretary of Corrections</u>          Report Number: 01-16-0683

FROM: <u>Lansing Correctional Facility</u>

Date This Report Filed     09/23/2015     Time of Report 18:49 p m

Date of Segregation placement  09/23/2015  Time of Placement 18:50 p m

Offender Name: ___#___ Sperry 47031

Reason(S) For Segregation (Including Rule No. and Title) IMPP 20-104 1.B.2 pre. hearing

Moved from Cell #: A452 to Segregation Cell #: C206

☒  Pre-Segregation hearing conducted  Out side captain's office

☐  Pre-Segregation hearing NOT conducted (Explain)

Facts: Inmate Sperry 47031 is being placed in restrictive housing pre hearing detention for dangerous Contraband. I/m Sperry was seen by medical and was not present to pack out his property.

☐  This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

What is the reason no alternative means of separation can be arranged?

Approved By:

Barnett CSI        Date 9/23/2015     Lt. Proctor        Date 9/23/15
Signature and Title of Reporting Officer   Shift Supervisor or Seg Unit Mgr.

_____ Date __/__/__
Warden Authorization (If Needed)

*********************************************************************

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on: Date 9/23/15  Time: 18:50 p m

_____47031_____#____      Barnett CSI
Offender Signature and Number      Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden
         Offender
         PCM

EXHIBIT B