# KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW (PURSUANT TO 44-14 310/311)

0243.

C-SEG

Initial          Weekly          XX Monthly

Name: Sperry, Jeffrey          Number: 47031          Date: 10-23-2015

Date placed in segregation: 9-26-2015          Recommended date of release: NA

Did inmate appear before board? NA

1. Present Status:  KAR 44-12-1308 Disciplinary Segregation

2. Return to General Population?
   Yes          XX No

3. Transfer to another Kansas facility or another State or Federal facility?
   XX Yes          No

4. Medical or Psychological intervention?
   Yes          XX No

5. Continue XX          Modify          program or treatment status?

6. Inmate informed of right to submit written request for release to board?
   XX Yes          No

7. While in segregation inmate's behavior has been satisfactory?
   XX Yes          No

8. The placement was legal and proper?
   XX Yes          No

9. A pre-segregation placement hearing was held?
   XX Yes          No

10. Board Comments: Inmate is currently serving DS segregation time and has completed that time. The Segregation Review Board agrees to continue to house the inmate in segregation as OSR status.

Approved: ✓          Disapproved: _____          Clinical Staff
Approved: ✓          Disapproved: _____          Security Staff  Nidermuth LMT
Approved: ✓          Disapproved: _____          Chairperson
Approved: ✓          Disapproved: _____          Warden

------------------------------------------------------------

Inmate acknowledgement
I received a copy of this review on: 11-13 20 15 At 3:02 pm

Incorrect Info JS

47031
Inmate signature and number

Signature and Title of Staff

EXHIBIT C