Attachment B, IMPP 20-105
Effective 07-08-14

# Kansas Department of Corrections
## Administrative Segregation Report

C243.

TO: Secretary of Corrections
FROM: Lansing Correctional Facility- Central

Report Number: 01-16-1000

Date This Report Filed: October 30th, 2015        Time of Placement:
Date of Segregation placement: September 23rd, 2015   Time of Placement: __:__ _m

Offender Name: Sperry, Jeffrey # 47031        Reason(S) For Segregation (Including Rule No. and Title)
Moved from Cell #: A452 to Segregation Cell #:C206   IMPP 20-104 1.B.13 Other Security Risk

☐ Pre-Segregation hearing conducted

■ Pre-Segregation hearing NOT conducted (Explain) _____

Facts: Inmate Sperry # 47031 was admitted to Lansing Correctional Facility on October 10th, 1997 from Hutchinson Correctional Facility. During his incarceration at Lansing, Inmate Sperry has received (26) Twenty-six Disciplinary Reports. On 8-12-99, Inmate Sperry was placed in Segregation due to being involved with a female staff member #SPC00359M. Inmate Sperry was placed in Segregation a second time on 11-2-2005 due to COI Beyen finding a note in Inmate Sperry's cell stating" Have McGolderick look up books on Hamilton books website dealing with creating and operating a non-profit organization. On 9-21-2007, Inmate Sperry was placed in Segregation a third time for being in possession of a debt sheet with Inmate Morris # 44069 and Inmate McKay # 96551 number on it. On 1-9-2008, Inmate Sperry was placed in Segregation a fourth time for inappropriate use of a computer not belonging to the KDOC I. T. Department. On 2-23-2010, Inmate Sperry was in possession of a cell phone with charger, a $100 in cash, two small packages of K-2 (synthetic cannabis), and a small amount of Tobacco and placed in Segregation. Inmate Sperry was placed in Segregation again on 7-31-2013 under investigation for doing legal work for an unidentified employee. On 8-12-2012, Two (2) cell phones, K-2 (synthetic cannabis), (17) mollies, altered phone charger and a wrench were found in the library where Inmate Sperry held employment causing Sperry to be placed in Segregation. On 9-27-2012, the EAI department received anonymous information regarding Sperry handing out things in the library where he was employed. On 4-14-2014, Shakedown officers recovered 6 small bags of K-2 (synthetic cannabis), 3 small bags of Methamphetamine from Inmate Sperry's cell D125. On 5-6-2014, Inmate Sperry was placed in Segregation pre hearing for sexual activity in the inmate showers. On 9-25-2015, Sperry was placed in Segregation due to being in possession of two loaded syringes which Inmate Sperry later admitted to being methamphetamine. The EAI Department has pending cases for C0-15-0115-01- Possession of contraband-cellular telephone . Also, C0-14-0037-01 possession of contraband.   Based off Inmate Sperry's malicious and maladaptive behavior he has been recommended by the Lansing Correctional Facility Segregation Review Board for a change in status to other Security Risk and be sent to El Dorado Lockdown.

☐ This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

Not Applicable

What is the reason no alternative means of separation can be arranged?

Not Applicable

EXHIBIT D

_Lindermuth UM_ Date 10-30-15
Signature and Title of Reporting Officer

Approved By:
_Wildermuth UM_ Date 10.30.15.
Shift Supervisor or Seg Unit Mgr.

_____ Date 11/3/15
Warden Authorization (If Needed)

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on:   Date 11/4/15  Time: 14:13 pm

_____ # 47031          Wildermuth UM
Offender Signature and Number           Staff Witness and Title