AFFIDAVIT OF BRETT PETERSON

I, Brett Peterson, of lawful age, being first duly sworn, on oath depose and state as follows:

1. I have been employed by the Kansas Department of Corrections since 4-28-1986. I am currently employed as Policy & Compliance Manager, a position I have held since 2004.

2. My duties as Policy & Compliance Manager include General Order review and revision, Warden's Correspondence, Supervision of Grievance & Property Claim process.

3. I have reviewed the warden's records for 2015 and found no classification appeal filed by inmate Jeffrey Sperry.

Further affiant saith not.

_Brett Peterson, UTM_
Brett Peterson

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 19th day of June, 2020.

_Wendi Hobin_
Notary Public

My appointment expires: 12/26/22

WENDI HOBIN
Notary Public - State of Kansas
My Appt. Expires 12/26/22

EXHIBIT G

1