Attachment A, IMPP 12-134
Effective 11-05-07

**KDOC NOTIFICATION OF PUBLICATION SEIZURE/CENSORSHIP**

DATE: _____

TO: Inmate_____ #_____

Facility: _____

RE: <u>Full Blast by: Janet Evanovich and Charlotte Hughes</u>          Issue <u>book</u>
    [Title of Publication]

The publication identified above, published by <u>St. Martins Press</u> has been rejected in accordance with KDOC regulations, specifically <u>KAR 44-12-313</u>
This publication has been rejected because <u>book meets the criteria for sexually explicit material per the KAR. Examples on pages 223, 224, 225</u>

[Specific portions or pages of the publication which are objectionable or other reasons forming a basis of rejection]

Either you, the publisher, or both may appeal this decision. If there is no appeal, the publication will be mailed out at your expense, if you so request, or shall be destroyed.

If you wish to appeal this decision, you must do so within 15 business days of the date of this notice by writing to KDOC Secretary, 900 SW Jackson St., Topeka KS 66612, or by handing an appeal in writing to your unit team and including your reasons for the appeal and any materials you wish considered. The decision will be made based on the publication and the materials you provide. A decision will be rendered within 20 business days of the receipt of your appeal and you will be notified in writing. The publication in question will be held until the decision in this matter is made, and then it will be delivered to you, mailed out at your expense [if you so request] or destroyed, depending on the outcome of the appeal.

<u>DWO Colette Winkelbauer</u>                                                                 <u>April 1, 2014</u>
Secretary of Corrections / Designee                              Date
cc:
<u>St. Martins Press 175 Fifth Avenue, New York NY 10010</u>
[Publisher name and address]

EXHIBIT M