# Appeal of Censored Material

0047031 SPERRY, JEFFERY

Lansing Correctional Facility

Log No: FY 16-201

Publication: Us Weekly Dec 21st

Date: 12/28/15

Findings of Fact

Pursuant to IMPP 12-134, the departmental mail review officer reviewed the above noted publication. The publication was withheld due to content that meets the description of sexually explicit material as set out in K.A.R. 44-12-313 and due to content that meets the criteria for censorship of mail, in whole, or in part, as described in K.A.R. 44-12-601.

Conclusions Made

The response rendered by the mail review officer is appropriate; the evidence presented by the review officer supports the decision to withhold this publication from distribution to inmates housed in the Kansas Department of Corrections Facilities.

Action Taken

None further.

Douglas W. Burris
Secretary of Corrections Designee

cc: Mail Censor File
Image:   CENSAPPL



Attachment A, IMPP 12-134
Effective 11-05-07

## KDOC NOTIFICATION OF PUBLICATION SEIZURE/CENSORSHIP

DATE: 12/14/15

TO: Sperry, J  # 40611

Facility: _____

RE: US Weekly December 21, 2015 issue

Issue: Magazine

[Title of Publication]

The publication identified above, published by US Weekly has been rejected in accordance with KDOC regulations, specifically KAR 44-12-601.

This publication has been rejected because contents of this magazine pose a threat to the safety and security of correctional facilities – drink recipes.

Examples on pages: 56-57

[Specific portions or pages of the publication which are objectionable or other reasons forming a basis of rejection]

You, the publisher, or both may appeal this decision. If there is no appeal, the publication will be mailed out at your expense, if you so request, or shall be destroyed.

If you wish to appeal this decision, you must do so within 15 business days of the date of this notice by writing to KDOC Secretary, 714 SW Jackson, Suite 300., Topeka KS 66612, or by handing an appeal in writing to your unit team and including your reasons for the appeal and any materials you wish considered. The decision will be made based on the publication and the materials you provide. A decision will be rendered within 20 business days of the receipt of your appeal and you will be notified in writing. The publication in question will be held until the decision in this matter is made, and then it will be delivered to you, mailed out at your expense [if you so request] or destroyed, depending on the outcome of the appeal.

Bill Shipman
Secretary of Corrections / Designee

Date: December 11, 2015

cc:
US Weekly LLC, 1290 Avenue of the Americas, New York, NY 10104

[Publisher name and address]

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice: __/__/____

Tracking # _____

Mail To: Kansas Department of Corrections
Mail Censorship
714 SW Jackson, Ste. 300
Topeka, KS 66603

From: _____
(Print name of Person Protesting)

_____
(Offender # If Applicable)

_____
(Housing Unit or Address)

_____
(City, State, Zip, if Applicable)

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

_____
_____
_____
_____
_____

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

_____
(Printed Name of Person Protesting)

_____
(Signature of Person Protesting)

__/__/____
(Date)

Request Disposition of Material/Items If Protest is not granted (Inmate Only)

☐ I wish to have the censored material/item destroyed
☐ I wish to have the censored material/item mailed to the following person/address
   Name: _____
   Address: _____
   City, State, Zip _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.
(Return this form to the mailroom with a stamped/addressed envelope or a signed AWR form attached to an envelope)

_____
(Inmate Signature and Number)

__/__/____
(Date)

Secretary's Decision: ☐ Protest Granted   ☐ Protest Denied   _____
                                                              (SOC/Designee)

__/__/____
(Date)

Disposition of censored Material/Item:
Delivered to Inmate on __/__/____    Mailed on __/__/____    Destroyed on __/__/____
                         (Date)                    (Date)                       (Date)

_____
(Printed Name of Person Responsible for Disposition)

_____
(Signature of Person Responsible for Disposition)

__/__/____
(Date)

# Kansas Department of Corrections
## Protest of Mail Censorship

Date of Notice: 12/11/15

Tracking # _____

Mail To: Kansas Department of Corrections
Mail Censorship
714 SW Jackson, Ste. 300
Topeka, KS 66603

From: Jeffrey J. Sperry   47031
(Print name of Person Protesting)   (Inmate # if Applicable)

LCF, P.O. Box 2
(Housing Unit or Address)

Lansing, KS 66043
(City, State, Zip, if Applicable)

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

There is no rule against magazines with drink mixes in their ads or hosting segments. They have shows on television (i.e. The Chew, Bar Rescue, etc.) that give drink recipes for various holidays, or what wines go with what meals. This is the most absurd censorship yet. It's unjust and the lawsuit will be a terrible waste of the Court's and attorney general's resources.

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

Jeffrey J. Sperry
(Printed Name of Person Protesting)

(Signature of Person Protesting)

12/14/15
(Date)

### Request Disposition of Material/Items If Protest Is not granted (Inmate Only)

☐ I wish to have the censored material/item destroyed
☐ I wish to have the censored material/item mailed to the following person/address
Name: _____
Address: _____
City, State, Zip: _____

☒ retained for court action

RECEIVED DEC 21 2015 DOC Facility Management Area

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____   __/__/__
(Inmate Signature and Number)   (Date)

Secretary's Decision: ☐ Protest Granted   ☐ Protest Denied _____   __/__/__
(SOC/Designee)   (Date)

Disposition of censored Material/Item:
Delivered to Inmate on __/__/__    Mailed on __/__/__    Destroyed on __/__/__
(Date)                            (Date)                (Date)

_____   _____   __/__/__
(Printed Name of Person Responsible for Disposition)   (Signature of Person Responsible for Disposition)   (Date)