# Appeal of Censored Material

0047031 SPERRY, JEFFERY

Lansing Correctional Facility

Log No: FY 16-218

Publication: Wired January 2016

Date: 1/19/16

Findings of Fact

Pursuant to IMPP 12-134, the departmental mail review officer reviewed the above noted publication. The publication was withheld due to content that meets the criteria for censorship of mail, in whole, or in part, as described in K.A.R. 44-12-601.

Conclusions Made

The response rendered by the mail review officer is appropriate; the evidence presented by the review officer supports the decision to withhold this publication from distribution to inmates housed in the Kansas Department of Corrections Facilities.

Action Taken

None further.

_____
Douglas W. Burris
Secretary of Corrections Designee

cc: Mail Censor File
Image: CENSAPPL


EXHIBIT P

Attachment A, IMPP 12-134
Effective 11-05-07

## KDOC NOTIFICATION OF PUBLICATION SEIZURE/CENSORSHIP

DATE: 1/6/16

TO: SPERRY, J #47031

Facility: LCF

RE: Wired January 2016

RECEIVED
JAN 14 2016
KDOC Facility Management Area

A244

Issue: Magazine

[Title of Publication]

The publication identified above, published by Wired has been rejected in accordance with KDOC regulations, specifically KAR 44-12-601.

This publication has been rejected because contents of this magazine pose a threat to the safety and security of correctional facilities – DIY weapons.

Examples on pages: 65
[Specific portions or pages of the publication which are objectionable or other reasons forming a basis of rejection]

You, the publisher, or both may appeal this decision. If there is no appeal, the publication will be mailed out at your expense, if you so request, or shall be destroyed.

If you wish to appeal this decision, you must do so within 15 business days of the date of this notice by writing to KDOC Secretary, 714 SW Jackson, Suite 300., Topeka KS 66612, or by handing an appeal in writing to your unit team and including your reasons for the appeal and any materials you wish considered. The decision will be made based on the publication and the materials you provide. A decision will be rendered within 20 business days of the receipt of your appeal and you will be notified in writing. The publication in question will be held until the decision in this matter is made, and then it will be delivered to you, mailed out at your expense [if you so request] or destroyed, depending on the outcome of the appeal.

Bill Shipman
Secretary of Corrections / Designee
cc:
Wired, PO Box 37706, Boone, IA 50037

Date: December 22, 2015

[Publisher name and address]

Kansas Department of Corrections
Protest of Mail Censorship

Date of Notice: 12/23/15
delivered to I/m on 1-7-15

Mail To: Kansas Department of Corrections
Mail Censorship
714 SW Jackson, Ste. 300
Topeka, KS 66603

From: Jeffrey Sperry
(Print name of Person Protesting)

Tracking #: _____

47031
(Offender # if Applicable)

LCF P.O. Box 2
(Housing Unit or Address)

Lansing, KS 66043
(City, State, Zip, if Applicable)

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

The words "DIY-Weapons" does not constitute a basis for censorship. If they are alleging that it shows how to make technical weapons, the inmate population does not have access to technical parts or equipment. As for simple weapons, we have tons of books & TV shows that show or describe those every day. Every spy novel has improvised weapon use. Wired magazine is not a threat to the facility.

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the inmate.

If the protest is not granted, each inmate shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the inmate or discarded.

Jeffrey J. Sperry
(Printed Name of Person Protesting)

(Signature of Person Protesting)

1/7/16
(Date)

Request Disposition of Material/Items If Protest is not granted (Inmate Only)

☐ I wish to have the censored material/item destroyed
☐ I wish to have the censored material/item mailed to the following person/address
   Name: _____
   Address: _____
   City, State, Zip: _____

☒ I'm not paying for illegal censorship and this magazine will become evidence in my lawsuit if it is not returned to me.

I understand that I must pay all postage and other costs associated with mailing this Material/Item.
(Return this form to the mailroom with a stamped/addressed envelope or a signed AWR form attached to an envelope).

(Inmate Signature and Number)

1/7/16
(Date)

Secretary's Decision: ☐ Protest Granted  ☐ Protest Denied  _____(SOC/Designee)  __/__/__ (Date)

Disposition of censored Material/Item:
Delivered to Inmate on __/__/__ (Date)   Mailed on __/__/__ (Date)   Destroyed on __/__/__ (Date)

__/__/__ (Date)

(Printed Name of Person Responsible for Disposition)   (Signature of Person Responsible for Disposition)