# Appeal of Censored Material

0047031 SPERRY, JEFFERY

Lansing Correctional Facility

Log No: FY 16-316

Publication: Wired April 2016

Date: 4/21/16

Findings of Fact

Pursuant to IMPP 12-134, the departmental mail review officer reviewed the above noted publication. The publication was withheld due to content that meets the criteria for censorship of mail, in whole, or in part, as described in K.A.R. 44-12-601.

Conclusions Made

The response rendered by the mail review officer is appropriate; the evidence presented by the review officer supports the decision to withhold this publication from distribution to inmates housed in the Kansas Department of Corrections Facilities.

Action Taken

None further.

_____
Douglas W. Burris
Secretary of Corrections Designee

cc: Mail Censor File
Image: CENSAPPL


EXHIBIT Q

## Protest of Mail Censorship

Jeffrey J. Sperry 47031
EDCF, P.O. Box 311 (A2-123)
EL DORADO, KS 67042

APR 1 2 2016

On 4/5/16 the mailroom seized my Wired (April 2016) magazine claiming it posed a threat to the safety and security of the facility. There is absolutely nothing that Wired, a Technology Magazine, would publish that could possibly pose a <u>real</u> threat to the safety or security of the facility. This <u>arbitrary</u> censorship is a clear violation of my First Amendment rights:
1. It fails to state what or how the material is a threat.
2. There is nothing in that magazine that they don't show on TV shows and movies every day.
3. The censorship is arbitrary and unjustified as someone could fabricate a speculative basis as to how every magazine on the planet could pose a threat.

I request that my magazines be returned to me and that the facility be ordered to quit seizing my property that is so inocuous that any 10 year old can go to the store and buy it.

Jeffrey J. Sperry                    [signature]           4/11/16

Secretarys Decision  ☐ Protest granted  ☐ denied   date: _____

Secretary / Designee

RECEIVED
APR 21 2016
DOC Facility Management Area