Attachment B, EDCF 16-102
Effective 9-19-2014

El Dorado  Correctional Facility
Notice of Mail Censorship

Pursuant to K.A.R. 44-12-601 you are hereby notified that an item of mail received in the Mailroom on

Date of Notice: 4/8/16

Addressee:      **Sperry, Jeffrey,**          **47031,**          **A2-123**
                (Offender Name)            (KDOC #)          (Housing Unit)

Sender:  Name:        **Pulchritudinous Assets**
         Address:     **PO BOX 32526**
         City, State, Zip    **Amarillo, TX 79120**

has been censored ( ☒ in whole / ☐ in part).  The grounds for this censorship are the reasonable belief that:

☒      The mail poses a threat to institutional safety, order or security [KAR 44-12-601 (d)(1)(A)].

   ☐      Contains Dangerous Contraband, as described in KAR 44-12-601 44-12-901, or Tobacco Contraband
           as described in KAR 44-12-903.
   ☐      Contains or Relates to Security Threat Group Material or Activity, as described in KAR 44-12-325
   ☒      Contains Sexually Explicit Materials as described in KAR 44-12-313
   ☐      Contains Contraband as described in KAR 44-12-902
        ☐      Postage stamps          ☐  Stickers/Adhesive Labels      ☐  Blank Sheets of Paper/envelopes
        ☐      Oversized Card           ☐  Oversized Photographs         ☐  Polaroid Photographs
        ☐      Battery in Card          ☐  Laminations/stickers          ☐  Padded/corrugated envelopes
        ☐      Publication not received from vender and over one ounce rule (KAR 44-12-601). Weight ☐?
        ☐      Other Unauthorized Object: Click here to enter text.

☐      Mail that poses a threat to the safety and security of public officials or the general public
       [KAR 44-12-601 (d)(1)(B)].

   ☐      Addressed to a person who has filed an objection to receiving correspondence from you.
   ☐      Unauthorized correspondence with a person under the age of 18 years old KAR 44-12-601.

☐      The mail is being used in furtherance of illegal activities [KAR 44-12-601 (d)(1)(C)].

☐      The mail is unauthorized correspondence between offenders, including a former offender
       [KAR 44-12-601 (d)(1)(D)].

   ☐      Included correspondence ( ☐ From / ☐ To) a third party.

☒      The censored material/item is:

   ☒      Being held in the facility mailroom pending disposition and/or protest instructions.
   ☐      Being held by E.A.I. and/or the Disciplinary Administrator as evidence in a pending disciplinary and/or criminal
           prosecution and disposition and/or protest instructions.
   ☐      Bodily substance or biohazard material has been destroyed.

**The sender and/or addressee may protest this censorship decision by completing the protest form on the reverse side of this
notice and forward it to the Secretary of Corrections within 15 business days of the date of this notice shown above.  If a protest
is not received, the material/item will be disposed of pursuant to K.A.R. 44-5-111 (Disposition of Contraband).**

R Sapien CSIII_____          *R Sapien CSIII*_____          4/8/16
(Printed Name of Person Issuing Censorship Notice)          (Signature of Person Issuing Censorship Notice)          (Date)

Kansas Department of Corrections

RECEIVED
MAY 25 2016
DOC Facility Management Area

EXHIBIT
tabbies
R

Attachment B, EDCF 16-102
Effective 9-19-2014

Protest of Mail Censorship

**Date of Notice:**   4/8/16

Mail To:  Kansas Department of Corrections
Mail Censorship
714 SW Jackson, Ste. 300
Topeka, KS 66603

From:  _Sperry, Jeffrey_          _4 7031_
(Print name of Person Protesting)        (Offender # if Applicable)

_EDCF, P.O. Box 311_
(Housing Unit or Address)

_El Dorado, KS 67042_
(City, State, Zip, if Applicable )

In the space below, please print legibly your reason(s) for protesting this censorship action by facility.
(Attach additional pages as necessary)

_1. Censorship is arbitrary + baseless, 2. it was done in retaliation for my form-9
to mailroom requesting names for civil action, 3. They show sexier pictures of women
on T.V. every day, 4. The regulation is unconstitutional because the people enforcing
it can't distinguish sexy from pornography. Any 10 year old could buy This photo!_

The author or addressee of the censored correspondence shall have 15 business days from the date of the notice of censorship to protest that decision.

Protests shall be forwarded to the Secretary of Corrections or the Secretary's Designee for final review and disposition by mail and at the author or addressee's expense.

If the Office of the Secretary grants the protest, the material will be delivered to the offender.

If the protest is not granted, each offender shall have the option of having censored correspondence or other materials in their entirety either mailed out at the expense of the offender or discarded.

_Jeffrey J. Sperry_  4731        _4731_                        _4/11/16_
(Printed Name of Person Protesting)        (Signature of Person Protesting)        (Date)

**Request Disposition of Material/Items If Protest is not granted (Offender Only)**

☐ I wish to have the censored material/item destroyed
☐ I wish to have the censored material/item mailed to the following person/address
Name:    _Butler County District Court_
Address:    _____
City, State, Zip    _____

I understand that I must pay all postage and other costs associated with mailing this Material/Item.

_____    _/__/___
(Offender  Signature and Number)        (Date)

Secretary's Decision:  ☐ Protest Granted    ⬛ Protest Denied _____    _5/5/16_
                                                                (SOC/Designee)        (Date)

Disposition of censored Material/Item:

Delivered to Offender  on _____        Mailed on _____        Destroyed on _____
                (Date)                                (Date)                                (Date)

L. Bables _____        _____        _____
(Printed Name of Person Responsible for Disposition)        (Signature of Person Responsible for Disposition)        (Date)

INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____

    (Name and Title of Officer or Department)

_____          **To be retained by Inmate**

    Unit Team Member Signature

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

*Sperry*  Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

47031  Number

**INMATE REQUEST TO STAFF MEMBER**

To: *Douglas Burris*          Date: *5-20-16*

    (Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I'm not thrilled about sending you my only copy of the unconstitutional seizure notice. Please direct the mailrooms to start sending me two copies if I'm going to have to mail one to you.
P.S. Why is Rex Pryor listed on the bottom of your letter? I'm in El Dorado.        Thanks

Work Assignment: _____  Living Unit Assignment: _____
Comment: _____  Unit Team Members Signature: _____

RECEIVED

Disposition: _____

MAY 25 2016

DOC Facility Management Area

To: _____          Date: _____
    (Name & Number)

Disposition: _____

    Employee's Signature          **To be returned to inmate.**
P-0009b

**Kansas**
Department of Corrections

714 SW Jackson, Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
Email: kdocpub@doc.ks.gov
www.doc.ks.gov

Ray Roberts, Secretary

Sam Brownback, Governor

April 21, 2016

TO:   0047031 SPERRY, JEFFERY    A2-265

Lansing Correctional Facility

RE:   Correspondence

I received your letter protesting the censorship of a correspondence from Pulchritudinous Assets.

Please send the Censorship / Protest form for this letter.  The censorship will be reviewed.

Sincerely,

Douglas W. Burris
Corrections Manager, Risk Management

cc:   Correspondence
      Warden Pryor
      w/attachments

RECEIVED

MAY 1 8 2016

Wardens Office

<u>Protest of Mail Censorship</u>       APR 1 2 2016

Jeffrey J. Sperry 47031
EDCF, P.O. Box 311  (A2-123)
EL DORADO, KS 67042

On 4/8/16 the mailroom seized an incoming letter to me from Pulchritudinous Assets, P.O. Box 32526, Amarillo, TX 79120, because it contained a picture of a sexy woman. The notice claimed it was sexually explicit, which is a blatant lie. The woman is not nude. Sexy pictures do not violate the regulation, only nudity does. This is a clear violation of my First Amendment rights because:
1. The censorship is arbitrary and baseless;
2. The censorship was done in retaliation for my sending a form-9 to the mailroom demanding names for my lawsuit;
3. They show sexier pictures of women on the TV every day;
4. The regulation is unconstitutional because the people enforcing it cannot distinguish between sexy and pornography. Any 10 year old kid could purchase this picture.

I want my mail immediately returned to me and I want the mailroom instructed to quit seizing my mail. I don't order anything illegal or pornographic and they have no right seizing any of my mail.

Jeffrey J. Sperry 47031                        4/11/16

Secretary's Decision:  ☐ Protest Granted  ☐ Protest Denied


date:_____          _____
                        Secretary / designee.