# Appeal of Censored Material

0047031 SPERRY, JEFFERY

Log No: FY 16-290

Publication:   The Target by Baldacci

Date: 6/13/16

<u>Findings of Fact</u>

Pursuant to IMPP 12-134, the departmental mail review officer reviewed the above noted publication. The publication was withheld due to content that meets the criteria for censorship of mail, in whole, or in part, as described in K.A.R. 44-12-601.

<u>Conclusions Made</u>

The response rendered by the mail review officer is appropriate; the evidence presented by the review officer supports the decision to withhold this publication from distribution to inmates housed in the Kansas Department of Corrections Facilities.

<u>Action Taken</u>

None further.

_____
Douglas W. Burris
Secretary of Corrections Designee

cc: Mail Review Officer-w/attachments
    Mail Review File



EXHIBIT 5

Attachment A, Page 1 of 1, IMPP 12-134A
Effective 04-20-16

## KDOC NOTIFICATION OF PUBLICATION SEIZURE/CENSORSHIP

DATE: 5/24/2016

TO: Sperry, Jeffrey          DOC#: 47031

Facility: EDCF          Cellhouse: A2-265

RE: The Target by David Baldacci          Issue Date: Book

Title of Publication]

The publication identified above, published by Hachette Central Group has been rejected in accordance with
KDOC regulations, specifically KAR 44-12-601
This publication has been rejected because because the content of this magazine poses a threat to the safety and security of correctional facilities.
Examples on pages: 2, 6, 16, 41, 42

[Specific portions or pages of the publication which are objectionable or other reasons forming a basis of rejection]

Either you, the publisher, or both may appeal this decision. If there is no appeal, the publication will be mailed out at your expense, if you so request, or shall be destroyed.

I wish to appeal on the grounds that (add additional pages if needed): This censorship is B.S. I had my people go check out the book to review the cited pages and there is absolutely nothing there that could even remotely be (cont. next page)

If you wish to appeal this decision, you must do so within 15 business days of the date of this notice by sending the appeal and publication to KDOC Secretary, Publication Appeals, 714 SW Jackson, Suite 300, Topeka, KS 66603. The decision will be made based on the publication and the materials you provide. A decision will be rendered within 20 business days of the receipt of your appeal and you will be notified in writing. The publication in question will be held until the decision in this matter is made, and then it will be delivered to you, mailed out at your expense [if you so request] or destroyed, depending on the outcome of the appeal.

Bill Shipman          3/8/2016
Secretary of Corrections/Designee          Date
cc:
Hachette Central Group 237 Park Ave. New Hachette Central Group York, NY 10017

RECEIVED JUN 13 2016

Attachment A, Page 1 of 1, IMPP 12-134A
Effective 04-20-16

Publisher name and address

Date final decision received and forwarded to the sender and recipient: _____

- If the Secretary of Correction's designee grants the protest the material will be delivered to the inmate.

**Options available to the inmate for the disposal of seized material.**

- *No disposition of any seized material will occur until the fifteen (15) day protest period has expired.*
- Once the fifteen (15) day protest period has expired or when a seizure protest is upheld by the Secretary of Correction's designee, **only the offender** may choose to mail out the material at their own expense or have the seized material destroyed.
- Seized material which has not been mailed out at the inmate's expense shall be destroyed forty-five (45) days from the date of the protest denial decision or if not protested, forty-five (45) days from date of receipt of the seized material.
- 
   _____ I wish to have the seized material destroyed.

   __✓__ I wish to have the seized material mailed to the below listed individual following the protest period.

   Name: _Butler District Court_        *You will have The*
   Street Address: _201 W. Pine, Ste. 101_    *Case number soon.*
   City, State, Zip Code: _El Dorado, KS 67042_

*I Not Agree* I understand that I must pay all postage expenses either with stamps or by use of an Account Withdrawal Request. _KDOC is censoring lawful material without giving me advance notice that the material I'm ordering is censored by KDOC. For This reason, KDOC has to be responsible for postage._

Signature of inmate and KDOC number: _____ _47031_  Date: _6-3-16_

Name of staff disposing of the seized material: _____  Date: _____

Mailed on: _____          Destroyed On: _____

Sperry 47031

Considered a threat to the safety or security of correctional facilities.

Page 2: Contains dialog between two death row inmates in a fictional Alabama prison medical ward. These fictional characters do not discuss anything that could be considered a threat to the safety or security of a prison.

Page 6: This page contains dialog between one of the fictional characters and a nurse wherein he explains he has been in prison since the Clinton election. Again, no threat.

Page 16: Contains dialog between fictional President and his CIA Director about vetting agents for a mission.

Page 41 & 42: is about the two fictional CIA agents meeting up to discuss why they think they are being selected for the exceptionally dangerous mission.

The censorship of this book is 100% proof-positive that the people making censorship decisions are completely incompetent. They are making arbitrary and unconstitutional decisions that violate my constitutional and property rights. I want all of my seized property returned to me and the criminals making the illegal seizures fired. I also want to be reimbursed for my time and postage I had to spend on these appeals. Thank you.