Sherri Price, Legal Counsel, SC #16485
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66048
Telephone: (913) 727-3235 x58277

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEFFREY J. SPERRY,** | ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| | ) Case No. 16-3222-SAC |
| **LINDSEY WILDERMUTH, et al.,** | ) ) |
| **Defendants.** | ) ) |

### SUPPLEMENT TO REPORT IN "MARTINEZ v. AARON" INVESTIGATION CIVIL RIGHTS COMPLAINT

Attached please find Exhibit N, Affidavit of Doug Burris, in supplement and support of the Martinez report filed in this action on June 19, 2020.

Respectfully submitted,

s/ Sherri Price #16485

### CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of June, 2020, a true and correct copy of the above and foregoing Supplement to Report in "Martinez v Aaron: Investigation was mailed first class postage prepaid to Jeffrey Sperry, #47031, plaintiff pro se.

/s/   Sherri Price