AFFIDAVIT OF DOUG BURRIS

I, Doug Burris, of lawful age, being first duly sworn, on oath depose and state as follows:

1.   I have been employed by the Kansas Department of Corrections since 2002.  I am currently employed as Corrections Manager II, a position I have held since 2010.

2.   My duties as a CM II include responding to censorship, property/injury claims and grievance appeals to the Secretary of Corrections.

3.   I reviewed the records maintained by the KDOC regarding censorship appeals and found no record of inmate Jeffrey Sperry filing an appeal of the censorship of *Full Blast* by Janet Evanovich.

4.   I reviewed the records maintained by the KDOC regarding grievances and found no record of inmate Jeffrey Sperry filing an appeal of any grievances involving the following issues:

   a.   That, in September of 2015, Sperry was not permitted to possess half of his property, including a large majority of his legal property, upon transfer for segregation at Lansing Correctional Facility (LCF);

   b.   That, in January of 2016, upon Sperry's transfer to El Dorado Correctional Facility (EDCF), he was required to reduce his property to the levels set by department policy;

   c.   That unit team staff at EDCF refused to provide his access to excess legal materials stored in the property room;

   d.   That staff at LCF and EDCF seized and destroyed Sperry's property for malicious, vindictive and retaliatory purposes as part of an ongoing conspiracy to violate his rights.

1

EXHIBIT

N

5.  I reviewed the records maintained by the KDOC regarding property claims and found no record of Sperry filing a property claim alleging a property loss in January of 2016.

6.  Property claims were filed by Sperry for losses alleged to have occurred on September 23, 2015 in the amount of $150.00 and on November 13, 2015 for $25.00.  I have no copies of the documentation relating to these claims as it was returned to the facility where the loss was alleged to have occurred.

Further affiant saith not.


_____
Doug Burris


SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 19th day of June, 2020.

PAMELA R. BOECKMAN
Notary Public - State of Kansas
My Appt. Expires 9-08-2090

_____
Notary Public

My appointment expires: _____

2