IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY J. SPERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDSEY WILDERMUTH, *et al.* )<br>)<br>Defendants. )<br>) | Case. No. 16-CV-3222-SAC |

## **DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants Lindsey Wildermuth, Andrew Lucht, Christopher Ross, Kevin Bosch, Chris Hunt, Colette Winklebauer, Rex Pryor, Keshia Lee, Larry Hoshaw, Daniel Jackson, Phillip Patterson, Robert Sapien, Hannah Booth, James Heimgartner, Johnnie Goddard, Douglas Burris, Bill Shipman, and Raymond Roberts move under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for dismissal of all claims against them. In the alternative, defendants move for summary judgment under Rule 56. A memorandum in support is filed with this motion in compliance with D. Kan. Rules 7.1 and 7.6.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
DEREK SCHMIDT

s/ Kathleen M. Barceleau
Kathleen M. Barceleau, KS No. 28401
Natasha M. Carter, KS No. 26074
Assistant Attorneys General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: kathleen.barceleau@ag.ks.gov

1

2

Email: natasha.carter@ag.ks.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2020, the foregoing was electronically filed with the clerk of the court using the CM/ECF system and a copy was mailed first-class mail, postage prepaid to:

Jeffrey J. Sperry, #47031
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
Plaintiff pro se

s/ Kathleen M. Barceleau
Kathleen M. Barceleau
Assistant Attorney General

2