United States District Court
for the District of Kansas

Jeffrey J. Sperry,
     Plaintiff,
v.                                              Case No. 16-3222-SAC
Lindsey Wildermuth, et al.
     defendants

## Plaintiff's MOTION FOR STAY OR EXTENSION OF TIME

COMES NOW, JEFFREY J. SPERRY, Plaintiff pro se, and hereby informs the Court that he has been placed into Covid-19 quarantine where he is separated from all of his property, including all of his legal files, and has no access to the law library or legal materials.

Defendants have filed a dispositive motion in this matter that Plaintiff has not received (due to being moved to L.C.F.) and cannot timely respond to.

Plaintiff hereby requests that all proceedings in this matter be stayed until after he is released from quarantine and has his property/files. Plaintiff further requests that the deadline for filing a response to the dispositive motion be extended by 30-days.

Respectfully Submitted

date: 9-7-2020

Jeffrey J. Sperry

1 of 1