# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

JEFFREY J. SPERRY,

        **Plaintiff,**

**v.**                                                **Case No. 16-3222-SAC**

LINDSEY WILDERMUTH, et al.,

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this matter is dismissed.

Entered on the docket 12/30/20

**Dated:  December 30, 2020**        **TIMOTHY M. O'BRIEN**
                                        **CLERK OF THE DISTRICT COURT**

                                        **s/S. Nielsen-Davis**
                                        **Deputy Clerk**