**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**June 16, 2021**

_____

**Christopher M. Wolpert**
**Clerk of Court**

JEFFREY J. SPERRY,

    Plaintiff - Appellant,

v.

LINDSEY WILDERMUTH, et al.,

    Defendants - Appellees.

No. 21-3009
(D.C. No. 5:16-CV-03222-SAC-DJW)
(D. Kan.)

_____

## ORDER

_____

This matter comes before the Court on Jerry C. Edwards' *Motion to Withdraw* as counsel for Defendant-Appellees. The motion is granted as requested. Attorney Brant M. Laue will remain as counsel of record for Defendants-Appellees.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk