# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**JEFFREY J. SPERRY,**

    **Plaintiff,**

    v.                                        **CASE NO. 16-3222-SAC**

**LINDSEY WILDERMUTH, et al.,**

    **Defendants.**

## O R D E R

Plaintiff brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The Court dismissed this action on December 30, 2020. (Docs. 63, 64.) This matter is before the Court on remand from the Tenth Circuit Court of Appeals. The Tenth Circuit affirmed dismissal of the majority of Plaintiff's claims but remanded two claims: (1) the First Amendment claim against Lindsey Wildermuth and Andrew Lucht for retaliation through placement in administrative segregation, and (2) the First Amendment claim against K. Lee, Bill Shipman, Hannah Booth, and Robert Sapien for withholding of mail. (Doc. 73, at 2.) The Tenth Circuit also noted that this Court had not ruled on Defendants' alternative argument for summary judgment as to the two remaining claims. *Id.* at 23, n.15.

Therefore, the remaining defendants are given the opportunity to file a renewed or amended motion for summary judgment as to Plaintiff's two remaining claims.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendants are granted until **May 23, 2022**, in which to file a motion for summary judgment as set forth herein. The deadline for Plaintiff to file a response shall be 30 days from the service of the motion. Defendants shall then have 14 days to reply.

2

The clerk is directed to revise the caption of this matter to reflect the dismissal of all defendants other than Defendants Wildermuth, Lucht, Lee, Shipman, Booth, and Sapien.

**IT IS SO ORDERED**.

**Dated in Topeka, Kansas, on this 21st day of April, 2022.**

**s/ Sam A. Crow**
**SAM A. CROW**
**Senior U. S. District Judge**