# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEFFREY J. SPERRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.            ) | Case. No. 16-CV-3222-SAC |
| ) | |
| **LINDSEY WILDERMUTH,** *et al*.  ) | |
| ) | |
| **Defendants.**     ) | |
| ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Lindsey Wildermuth, Andrew Lucht, K. Lee, Bill Shipman, Hanna Booth, and Robert Sapien move for summary judgment on Jeffrey Sperry's 42 U.S.C. § 1983 claim based on his failure to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act and his failure to create a triable issue of fact on his retaliation claims. A memorandum in support is filed with this motion in compliance with D. Kan. Rules 7.1 and 7.6.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ *Michael J. Duenes*
Michael J. Duenes, KS No. 26431
Assistant Attorney General
Memorial Hall, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: michael.duenes@ag.ks.gov
*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th Day of May, 2022, the above and foregoing was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served via first-class mail, postage prepaid to:

Jeffrey Sperry #47031
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas 66043-0002
*Plaintiff, pro se*

                                              */s/ Michael J. Duenes*
                                              Michael J. Duenes
                                              Assistant Attorney General