Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY J. SPERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 16-3222-SAC |
| | ) |
| LINDSEY WILDERMUTH, *et al.* | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF JAMES GIFT

Comes now, James Gift, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as a Special Agent Supervisor for Enforcement, Apprehensions and Investigations (EAI). I have held this position since July 2021.

2. My duties as an EAI Supervisor include, among other things, supervising four Special Agents and one Administrative Assistant. I am responsible for ensuring that tasks are completed in a timely manner and accurate information is being disseminated to the Lansing Correctional Facility (LCF) executive staff, as well as to the Deputy Director and Director of Investigations.

3. I am aware that Jeffrey Sperry, #47031, has filed a lawsuit complaining, in part, about his placement in Administrative Segregation (*i.e.*, Restricted Housing).

4. I have carefully reviewed Mr. Sperry's disciplinary history at LCF from February 1999 through March 2022, taken from the LCF Intel database. A true and correct copy of those records from the LCF Intel database is attached hereto as Exhibit A.

5. During his incarceration at LCF, Mr. Sperry had received twenty-six (26) disciplinary

reports, spanning from February 1999 through October 2015. These are detailed in Exhibit A.

6. In her October 30, 2015, Administrative Segregation Report (Doc. 48-4), Unit Team Manager Lindsey Wildermuth incorrectly noted that Mr. Sperry was placed in segregation on 8-12-1999, 11-2-2005, 9-21-2007, 7-31-2013, 8-12-2012. *See* Exhibit A.

7. However, Mr. Sperry was indeed placed in Restrictive Housing on January 29, 2008; February 23, 2010; May 6, 2014; and September 23, 2015. This is also detailed in Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2022

James Gift

# KANSAS DEPARTMENT OF CORRECTIONS
## Lansing Correctional Facility

**REPORT OF INVESTIGATION**                                                                 Page 1 of 4

| Case #: | Date of Report: May 2, 2022 | Reported by Special Agent Supervisor James Gift |
|---|---|---|
| Case Title: Jeffrey Sperry VS. Lindsey Wildermuth | | Leavenworth County |

### Initial Report/Incident Summary

I, **James Gift** am a Special Agent Supervisor for the **Lansing Correctional Facility (LCF)** office of **Enforcement, Apprehensions, and Investigations (EAI)**.

On April 21, 2022, I was asked by Libby Snider to review **Admistinstrative Segregation Report # 01-16-1000**, which was filed on October 30, 2015 by **Unit Team Manager Lindsey Wildermuth**. This document was prepared to place **LCF Resident Jeffrey Sperry #0047031** on **Other Security Risk** (OSR) status in accordance with **IMPP 20-104 1.B.13**.

When I reviewed the document, I found mistakes in the documents and these are listed below.

- *On 08-12-99, inmate Sperry was placed in segregation due to being involved with a female staff member #SPC00359M.* **The case was created, but it would appear Sperry was not placed in RH for his involvement.**
- *Inmate Sperry was placed in segregation a second time on 11-2-2005 due to COI Beyen Finding a note in inmate Sperry's cell stating "Have McGoldrick look up books on Hamilton books website dealing with creating and operating a non-profit organization.* **A note was generated, but it doesn't appear Sperry was placed in restricted housing.**
- *On 09-21-2007, Inmate Sperry was placed in Segregation a third time for being in possession of debt sheet with Inmate Morris #44069 and Inmate McKay #96551 number on it.* **A note was generated, but it doesn't appear Sperry was placed in restricted housing**
- *07-31-2013 under investigation for doing legal work for an unidentified employee.* **A note was generated, but it doesn't appear Sperry was placed in restricted housing**
- *On 08-12-2012, Two (2) cell phones, K-2 (synthetic cannabis), (17) mollies, altered phone charger and wrench were found in the library where Inmate Sperry held employment causing Sperry to be placed in Segregation.* **A note was generated, but it doesn't appear Sperry was placed in restricted housing**

All these facts were referenced through the LCF EAI intel data base and then cross referenced through OMIS to track movements.

Regarding Sperry's Disciplinary History I have attached raw intel from our EAI file. I have also reviewed OMIS and it displays resident Sperry did receive 26 Disciplinary Reports from 02-23-1999 util 09-23-2015.

These reports can also be produced if needed by searching the KDOC DOCUWARE system.

*THIS REPORT IS THE PROPERTY OF THE KANSAS DEPT. OF CORRECTIONS.*
*NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

| KDOC# | DATE | DR# | ZDR subform OFFENSE |
|---|---|---|---|
| | | | **OFFENSE** |
| 47031 | 7/5/2002 | 030059 | DANGEROUS CONTRABAND/THEFT/UNAUTHORIZED DEALING AND TRADING/WORK PERFORMANCE |
| 47031 | 7/10/2006 | 070147 | DANGEROUS CONTRABAND/THEFT |
| 47031 | 6/11/2007 | 074504 | DANGEROUS CONTRABAND/THEFT |
| 47031 | 1/29/2008 | 082471 | ACCESSING UNAUTHORIZED COMPUTER INFORMATION |
| 47031 | 5/30/2009 | 093804 | TOBACCO CONTRABAND |
| 47031 | 2/23/2010 | 10-2702 | DANGEROUS CONTRABAND-DRUGS, TOBACCO CONTRABAND |
| 47031 | 4/13/2010 | 10-3313 | DISOBEYING ORDERS |
| 47031 | 10/19/2010 | 11-1421 | TELEPHONES |
| 47031 | 8/9/2011 | 12-0605 | DANGEROUS CONTRABAND-DRUGS |
| 47031 | 10/18/2011 | 12-1868 | THEFT |
| 47031 | 5/27/2012 | 12-5601 | DANGEROUS CONTRABAND-DRUGS, TRAFFICKING |
| 47031 | 10/26/2013 | 14-1903 | DANGEROUS CONTRABAND |
| 47031 | 11/3/2013 | 14-2049 | TELEPHONES, DANGEROUS CONTRABAND |
| 47031 | 4/4/2014 | 14-4179 | DANGEROUS CONTRABAND, TOBACCO CONTRABAND |
| 47031 | 5/6/2014 | 14-4798 | SEXUAL ACTIVITY |
| 47031 | 12/31/2014 | 15-4321 | DANGEROUS CONTRABAND |
| 47031 | 7/12/2015 | 16-0297 | TELEPHONES |
| 47031 | 9/23/2015 | 16-1836 | DANGEROUS CONTRABAND, THEFT |

*THIS REPORT IS THE PROPERTY OF THE KANSAS DEPT. OF CORRECTIONS.
NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

Below is information gathered from the KASPER website.

| | | | |
|---|---|---|---|
| Sep 23, 2015 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 23, 2015 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Jul 12, 2015 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Dec 31, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 15, 2014 | 2 | Lansing Correctional Facility - Central | Debt Adj or Collection Proh. |
| May 06, 2014 | 1 | Lansing Correctional Facility - Central | Sexual Activity |
| Apr 04, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Apr 04, 2014 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Nov 03, 2013 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Nov 03, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 26, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| May 27, 2012 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| May 27, 2012 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Oct 18, 2011 | 2 | Lansing Correctional Facility - Central | Taking W/O Permission |
| Aug 09, 2011 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 19, 2010 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 19, 2010 | 2 | Lansing Correctional Facility - Central | Gambling and Bookmaking |
| Apr 13, 2010 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Mar 08, 2010 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Feb 23, 2010 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 23, 2010 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| May 30, 2009 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Aug 18, 2008 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Feb 29, 2008 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Jan 29, 2008 | 1 | Lansing Correctional Facility - Central | Accessing UnAuth Computer Info |

*THIS REPORT IS THE PROPERTY OF THE KANSAS DEPT. OF CORRECTIONS.*
*NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

| Oct 28, 2007 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
|---|---|---|---|
| Jul 10, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 05, 2002 | 1 | Lansing Correctional Facility - Central | Theft |
| Jul 05, 2002 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Dec 20, 2000 | 2 | Lansing Correctional Facility - Central | Regis. & Use of Pers. Property |
| Dec 13, 2000 | 1 | Lansing Correctional Facility - Central | Undue Familiarity |
| Dec 13, 2000 | 1 | Lansing Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Feb 23, 1999 | 1 | Lansing Correctional Facility - Central | Theft |
| Feb 23, 1999 | 3 | Lansing Correctional Facility - Central | Care of Living Quarters |

Signature of Report Writer:

Date: 05/02/22

Approved by:

Date: _____

Distribution:

Copy: Case Log, Director Woods, DWO Skidmore

*THIS REPORT IS THE PROPERTY OF THE KANSAS DEPT. OF CORRECTIONS.*
*NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*