# Names

| Name Type | Name |
|---|---|
| Conviction | SPERRY, JEFFERY J |
| True | SPERRY, JEFFREY JON |

# Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | ■, 1963 | 58 |

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Blue | Brown | 6'-4" | 270 | Male | White |



(/kasper/search/image?kdocNumber=0047031&imageNumber=1)

**SPERRY, JEFFERY J**

**Approx Picture Date**

2021-03-24



(/kasper/search/image?kdocNumber=0047031&imageNumber=2)

**SPERRY, JEFFERY J**

**Approx Picture Date**

2021-03-24

# Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)** Jan 01, 2023

**Current Status** Incarcerated

**Admission Date** Mar 19, 1997

**Current Location (2)** Lansing CF-Central (http://www.doc.ks.gov/facilities/lcf)

**Custody Level** Maximum

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Johnson | K52709 | Nov 11, 1986 | Mar 11, 1988 | N/A | Theft ($150 or More) | 1 | Class E Felony | Inactive | KS |
| Wyandotte | 95CR2246 | Nov 26, 1995 | Mar 12, 1997 | N/A | Murder in the First Degree | 1 | Off Grid | Active | KS |

(I) If Number includes JV : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Lansing CF-Central | Mar 23, 2021 | Inter-Facility Movement |
| El Dorado CF-Central | Sep 21, 2020 | Inter-Facility Movement |
| Lansing CF-Central | Sep 04, 2020 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 11, 2017 | Inter-Facility Movement |
| Lansing CF-Central | Apr 04, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 26, 2016 | Inter-Facility Movement |
| Lansing CF-Central | Apr 19, 2016 | Inter-Facility Movement |
| El Dorado CF-Central | Jan 22, 2016 | Inter-Facility Movement |
| Lansing CF-Central | Jun 10, 2015 | Returned From Court Appearance |
| Leavenworth County | Jun 10, 2015 | Released For Court Appearance |
| Lansing CF-Central | May 13, 2015 | Returned From Court Appearance |
| Leavenworth County | May 13, 2015 | Released For Court Appearance |
| Lansing CF-Central | Oct 10, 1997 | Inter-Facility Movement |
| Hutchinson CF-Central | Apr 23, 1997 | Inter-Facility Movement |
| Topeka CF-RDU | Mar 19, 1997 | New Court Commitment |
| Unknown or N/A | Feb 14, 1992 | Expiration Of Sentence |
| Missouri State | Sep 12, 1991 | DOC War. Wthdrwn Supervsn O/S |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Missouri State | Aug 16, 1991 | DOC Warrant Issued |
| Missouri State | Feb 19, 1991 | Conditional Release |
| Lansing CF-Central | Jan 23, 1991 | Probation Viol. No New Sent |
| Unknown or N/A | Jul 15, 1988 | Probation |
| Johnson County | Jul 14, 1988 | Released For Court Appearance |
| Lansing CF-Central | May 18, 1988 | Inter-Facility Movement |
| Topeka CF-RDU | Apr 20, 1988 | Inter-Facility Movement |
| Hutchinson CF-Central | Apr 11, 1988 | New Court Commitment |

## Completed Programs

| Name | Completion Date |
|---|---|
| High Risk OWDS | Feb 28, 2020 |
| Family Transition | Jan 08, 2020 |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Mar 03, 2022 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Jan 19, 2021 | 1 | El Dorado Correctional Fac. - Central | UnAuthzd Use Inmate Telephone |
| Sep 23, 2015 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 23, 2015 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Jul 12, 2015 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Dec 31, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 15, 2014 | 2 | Lansing Correctional Facility - Central | Debt Adj or Collection Proh. |
| May 06, 2014 | 1 | Lansing Correctional Facility - Central | Sexual Activity |
| Apr 04, 2014 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Apr 04, 2014 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Nov 03, 2013 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Nov 03, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 26, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| May 27, 2012 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| May 27, 2012 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Oct 18, 2011 | 2 | Lansing Correctional Facility - Central | Taking W/O Permission |
| Aug 09, 2011 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 19, 2010 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 19, 2010 | 2 | Lansing Correctional Facility - Central | Gambling and Bookmaking |
| Apr 13, 2010 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Mar 08, 2010 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Feb 23, 2010 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 23, 2010 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| May 30, 2009 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Aug 18, 2008 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Feb 29, 2008 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Jan 29, 2008 | 1 | Lansing Correctional Facility - Central | Accessing UnAuth Computer Info |
| Oct 28, 2007 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Jul 10, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 05, 2002 | 1 | Lansing Correctional Facility - Central | Theft |
| Jul 05, 2002 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Dec 20, 2000 | 2 | Lansing Correctional Facility - Central | Regis. & Use of Pers. Property |
| Dec 13, 2000 | 1 | Lansing Correctional Facility - Central | Undue Familiarity |
| Dec 13, 2000 | 1 | Lansing Correctional Facility - Central | Viol Statutes (Felony Crime) |
| Feb 23, 1999 | 1 | Lansing Correctional Facility - Central | Theft |
| Feb 23, 1999 | 3 | Lansing Correctional Facility - Central | Care of Living Quarters |