UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

JEFFREY J. SPERRY,
  plaintiff
v.                                    Case No. 16-3222
LINDSEY WILDERMUTH, et al.
  defendants

Judge Julie Robinson,

Last Thursday I was attacked by two inmates with weapons. For some reason, members of the administration here at Lansing have placed me in an empty segregation cell and have left me here. Though I suffered serious trauma to my head and torso, they refuse to let me see medical. They also refuse to bring any of my property, including my legal files. There is evidence that this case is what precipitated the attack on me. I am requesting that you contact the Justice Department and have them dispatch an agent up here.

I also request that you continue this case for now. I was typing up the response to the motion for summary judgment when the attack occurred. Obviously my hands are tied until I can get free from this illegal dungeon restraint and get my property returned.

Respectfully Submitted,

JEFFREY J. SPERRY 47031
L.C.F., P.O. Box 2
LANSING, KS 66043

Jeffrey J. Sperry