Sperry v. Wildermuth, et al.,

16-CV-3222-JAR

Attachments for Plaintiff's response to motion for summary judgment. Items A-G

Jeffrey J. Sperry

KANSAS DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION REVIEW (PURSUANT TO IMPP 20-105/106)

C-SEG

XXInitial            Weekly            Monthly

Name: Sperry            Number: 47031            Date: 09-24-2015

Date placed in segregation: 09-23-2015            Recommended date of release: NA

Did inmate appear before board? YES

1. Present Status: <u>IMPP 20-104 (4) Pre-Hearing Detention</u>

2. Return to General Population?
   Yes            XXNo

3. Transfer to another Kansas facility or another State or Federal facility?
   Yes            XXNo

4. Medical or Psychological intervention?
   Yes            XXNo

5. Continue XX            Modify            program or treatment status?

6. Inmate informed of right to submit written request for release to board?
   XXYes            No

7. While in segregation inmate's behavior has been satisfactory?
   XXYes            No

8. The placement was legal and proper?
   XXYes            No

9. A pre-segregation placement hearing was held?
   XXYes            No

10. Board Comments: Inmate was placed in segregation prehearing detention for dangerous contraband. Segregation review board agrees to house the inmate in segregation until his hearing.

Approved: ✓            Disapproved: _____
                                              EAI Staff
Approved: ✓            Disapproved: _____
                                              Clinical Staff
Approved: ✓            Disapproved: _____
                                              Security Staff
Approved: ✓            Disapproved: _____
                                              Chairperson
Approved: ✓            Disapproved: _____
                                              Warden

Inmate acknowledgement
I received a copy of this review on: __10-15__ 20_15_ At __14:45__

Inmate signature and number

Signature and Title of Staff

KANSAS DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION REVIEW (PURSUANT TO 44-14 310/311)

B

C-SEG

Initial          Weekly          XX Monthly

Name: Sperry, Jeffrey          Number: 47031          Date: 10-23-2015

Date placed in segregation: 9-26-2015          Recommended date of release: NA

Did inmate appear before board? NA

1. Present Status: __KAR 44-12-1308 Disciplinary Segregation__

2. Return to General Population?
   Yes          XXNo

3. Transfer to another Kansas facility or another State or Federal facility?
   XXYes          No

4. Medical or Psychological intervention?
   Yes          XXNo

5. Continue XX          Modify          program or treatment status?

6. Inmate informed of right to submit written request for release to board?
   XXYes          No

7. While in segregation inmate's behavior has been satisfactory?
   XXYes          No

8. The placement was legal and proper?
   XXYes          No

9. A pre-segregation placement hearing was held?
   XXYes          No

10. Board Comments: Inmate is currently serving DS segregation time and has completed that time. The Segregation Review Board agrees to continue to house the inmate in segregation as OSR status.

Approved: ✓      Disapproved: _____      Clinical Staff
Approved: ✓      Disapproved: _____      Security Staff _Idermuth LTM_
Approved: ✓      Disapproved: _____      Chairperson
Approved: ✓      Disapproved: _____      Warden

Inmate acknowledgement
I received a copy of this review on: _____ 20____ At _____

_____
Inmate signature and number

_____
Signature and Title of Staff

admin. seg. / no documentation                                            C

## INMATE REQUEST TO STAFF MEMBER

1. To: Warden Pryor                               Date: 11-4-15
   (Name and Title of Officer or Department)

   COTM
   Unit Team, Detail, or Cellhouse Officer's Signature           To be retained by Inmate

False OSR report.

## INMATE REQUEST TO STAFF MEMBER

2. To: Warden Pryor                               Date: 11-5-15
   (Name and Title of Officer or Department)

   CSI Ontivaros
   Unit Team, Detail, or Cellhouse Officer's Signature           To be retained by Inmate

EAI — regarding false OSR Report

## INMATE REQUEST TO STAFF MEMBER

3. To: EAI                                        Date: 11-5-15
   (Name and Title of Officer or Department)

   CSI Ontivaros
   Unit Team, Detail, or Cellhouse Officer's Signature           To be retained by Inmate

Follow up to 11-5-15 form 9 / OSR based on CBB but she only list 1 incident in 12 month

## INMATE REQUEST TO STAFF MEMBER

4. To: Warden Pryor                               Date: 11-9-15
   (Name and Title of Officer or Department)

   CSIA
   Unit Team, Detail, or Cellhouse Officer's Signature           To be retained by Inmate

OSR / legal copies

## INMATE REQUEST TO STAFF MEMBER

5. To: Sherri Price - Staff Attorney              Date: 11-11-15
   (Name and Title of Officer or Department)

   Stogsdill
   Unit Team Member Signature                                    To be retained by Inmate

D

**Form 9**
For Cellhouse Transfer
Work Assignment _____C-243_____   _____Sperry_____
Interview Requests                                                                Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

_____47031_____
Number

### INMATE REQUEST TO STAFF MEMBER

To: __UTM Wildermuth__   Date: __10-25-15__
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I have it documented that Unit Team Ball released me from disciplinary segregation on 10-6-15. That is when Lucht said he was going to OSR me. IMPP 20-104(B)(13) requires that I be served the documentation within 3 days, and I have not. Also, someone went in and switched the computer back to disciplinary seg, which is wrong. I have no problem subpoenaing facility computer records and IT staff to determine who altered these records.

Work Assignment: __admin seg.__   Living Unit Assignment: __C1-243__
Comment: _____   Detail or C.H. Officer: __PALMER__

Disposition: _____

To: __Sperry # 47031__   Date: __11-2-15__
(Name & Number)

Disposition: __I put you on DS time as well be advised you can complete DS while on OSR as long as it is documented on your Admin seg Report per IMPP__

__Wildermuth UTM__
Employee's Signature                                   To be returned to inmate.

P-0009

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_Sperry_
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

47031
Number

**INMATE REQUEST TO STAFF MEMBER**

To: _Warden Pryor_                     Date: _11-4-15_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I was released from disciplinary segregation by Unit Team Ball on 10-6-15, but Lucht told him to hold me in admin. seg. because he was going to OSR me. I am still in admin. seg, but have never been served with OSR papers as required by IMPP 12-104 (B)(13). UTM Wildermuth refuses to release me from segregation and refuses to provide me with any documentation to justify the illegal restraint. Please order your staff to release me from segregation. Thank you.

Work Assignment: _admin. seg._         Living Unit Assignment: _C1-243_
Comment: _____       Detail or C.H. Officer: _cdf_

Disposition: Brought back by Wildermuth with a fraudulent O.S.R. report an hour after I turned it in.

To: _____              Date: _____
   (Name & Number)

Disposition: _____

Employee's Signature                    To be returned to inmate.
P-0009

Attachment B, IMPP 20-105
Effective 07-08-14

# Kansas Department of Corrections
## Administrative Segregation Report

TO: Secretary of Corrections              Report Number: O1-16-1000
FROM: Lansing Correctional Facility- Central
Date This Report Filed:       October 30th, 2015        Time of Placement:
Date of Segregation placement: September 23rd, 2015    Time of Placement: __:__ __m

Offender Name: Sperry, Jeffrey # 47031          Reason(S) For Segregation (Including Rule No. and Title)
Moved from Cell #: A452 to Segregation Cell #:C206    IMPP 20-104 1.B.13 Other Security Risk

☐ Pre-Segregation hearing conducted

■ Pre-Segregation hearing NOT conducted (Explain) _____

_____

**Facts:** Inmate Sperry # 47031 was admitted to Lansing Correctional Facility on October 10th, 1997 from Hutchinson Correctional Facility. During his incarceration at Lansing, Inmate Sperry has received (26) Twenty-six Disciplinary Reports. On 8-12-99, Inmate Sperry was placed in Segregation due to being involved with a female staff member #SPC00359M. Inmate Sperry was placed in Segregation a second time on 11-2-2005 due to COI Beyen finding a note in Inmate Sperry's cell stating" Have McGolderick look up books on Hamilton books website dealing with creating and operating a non-profit organization. On 9-21-2007, Inmate Sperry was placed in Segregation a third time for being in possession of a debt sheet with Inmate Morris # 44069 and Inmate McKay # 96551 number on it. On 1-9-2008, Inmate Sperry was placed in Segregation a fourth time for inappropriate use of a computer not belonging to the KDOC I. T. Department. On 2-23-2010, Inmate Sperry was in possession of a cell phone with charger, a $100 in cash, two small packages of K-2 (synthetic cannabis), and a small amount of Tobacco and placed in Segregation. Inmate Sperry was placed in Segregation again on 7-31-2013 under investigation for doing legal work for an unidentified employee. On 8-12-2012, Two (2) cell phones, K-2 (synthetic cannabis), (17) mollies, altered phone charger and a wrench were found in the library where Inmate Sperry held employment causing Sperry to be placed in Segregation. On 9-27-2012, the EAI department received anonymous information regarding Sperry handing out things in the library where he was employed. On 4-14-2014, Shakedown officers recovered 6 small bags of K-2 (synthetic cannabis), 3 small bags of Methamphetamine from Inmate Sperry's cell D125. On 5-6-2014, Inmate Sperry was placed in Segregation pre hearing for sexual activity in the inmate showers. On 9-25-2015, Sperry was placed in Segregation due to being in possession of two loaded syringes which Inmate Sperry later admitted to being methamphetamine. The EAI Department has pending cases for **C0-15-0115-01- Possession of contraband-cellular telephone . Also, C0-14-0037-01 possession of contraband.** Based off Inmate Sperry's malicious and maladaptive behavior he has been recommended by the Lansing Correctional Facility Segregation Review Board for a change in status to other Security Risk and be sent to El Dorado Lockdown.

☐ This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

Not Applicable

What is the reason no alternative means of separation can be arranged?

Not Applicable

_L. Wildermuth_ UTM Date 10-30-15          Approved By:
Signature and Title of Reporting Officer     _L. Wildermuth_ UTM Date 10-30-15
                                             Shift Supervisor or Seg Unit Mgr.

                                             _____ Date 11/3/15
                                             Warden Authorization (If Needed)

*********************************************************************************

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on:    Date __/__/____    Time: __:__ __m

_____ # _____   _____
Offender Signature and Number                Staff Witness and Title

G

Form 9
For Cellhouse Transfer
Work Assignment _____C243_____
Interview Requests

Sperry
Last Name Only

# KANSAS DEPARTMENT OF CORRECTIONS

47031
Number

## INMATE REQUEST TO STAFF MEMBER

To: __UTM Wildermuth__   Date: __11-4-15__
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

On 11-4-15 you brought me an O.S.R. report that is full of falsehoods. (1.) I was never in seg in 2005, (2.) I was not in seg in 2007, (3.) In 2010 I went to seg only for cellphone + $100, (4.) I never went to seg in 2013, (5.) The items found in library had nothing to do with me and there is no documentation that says otherwise, (6.) There were no "loaded" syringes or any drugs involved in this current D.R., and there are no cases pending against me. I want all of these falsehoods removed and the O.S.R. status removed.

Work Assignment: __admin. seg.__   Living Unit Assignment: __C1-243__

Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

To: __Sperry #47031__   Date: __11-5-15__
(Name & Number)

Disposition: Feel free to take up your discrepencies with EAI that is what is in your file. I was running D1-it in 2013 when T. Brown informed us of your drugs in your cell and you were taken to seg for the multiple amount of drugs

Wildermuth UTM
Employee's Signature

To be returned to inmate.

P-0009