## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **JEFFREY J. SPERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Case. No. 16-CV-3222-JAR |
| | ) | |
| **LINDSEY WILDERMUTH,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL AND
### ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

Pursuant to D. Kan. Rule 83.5.5(c), Matthew L. Shoger, Assistant Attorney General, hereby enters his appearance as substituted counsel for Defendants Lindsey Wildermuth, Andrew Lucht, K. Lee, Bill Shipman, Hanna Booth, and Robert Sapien. Dennis D. Depew, Deputy Attorney General, hereby withdraws his appearance as counsel of record for Defendants.

This notice is being served as required by D. Kan. Rule 83.5.5(c).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for KDOC Defendants*

- 2 -

*/s/ Dennis D. Depew*
Dennis D. Depew, #11605
Deputy Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597
Tele:  (785) 296-2215
Fax:  (785) 295-3875
Dennis.Depew@ag.ks.gov
*Attorney for KDOC Defendants*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of December, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all registered parties and interested parties. I also hereby certify that a copy of the above will be served by means of first-class mail, postage prepaid on December 2, 2002, addressed to:

Jeffrey Sperry, #47031
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043-0002
*Plaintiff, pro se*

                    */s/ Matthew L. Shoger*
                    Matthew L. Shoger
                    Assistant Attorney General