IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEFFREY J. SPERRY,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )   Case. No. 16-CV-3222-JAR |
| | ) |
| **LINDSEY WILDERMUTH,** *et al.*, | ) |
| | ) |
|       **Defendants.** | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Matthew L. Shoger, Assistant Attorney General – as counsel for Defendants Lindsey Wildermuth, Andrew Lucht, K. Lee, Bill Shipman, Hanna Booth, and Robert Sapien – hereby notifies the Court that Kathleen M. Barceleau's appearance as counsel should be withdrawn for the Defendants. Ms. Barceleau was admitted to practice law in Kansas under the military spouse rule in Kansas Supreme Court Rule 720. She has since left the state and has left employment with the Office of the Attorney General, so under Kansas Supreme Court Rule 720(f)(1)(C) and (f)(2) she is no longer admitted to practice law in Kansas. Accordingly, under D. Kan. Rule 83.5.2(d), she is no longer admitted to practice law before this Court. Therefore, she cannot file and sign this notice of withdrawal as would normally be required under D. Kan. Rule 83.5.5(b), but the Court's attorney roster can confirm the appropriateness of her withdrawal from this case. Defendants continue to be represented by the undersigned, Assistant Attorney General Matthew L. Shoger.

This notice is being served as required by D. Kan. Rule 83.5.5(b).

- 2 -

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for KDOC Defendants*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 7th day of December, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all registered parties and interested parties. I also hereby certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Jeffrey Sperry, #47031
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043-0002
*Plaintiff, pro se*

                                          */s/ Matthew L. Shoger*
                                          Matthew L. Shoger
                                          Assistant Attorney General