Jeffrey J. Sperry 47031
WWRF
401 S. Emporia Street
Wichita, KS 67202
Ph. 316-265-5211
Email: sperry47031@gmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

**JEFFREY J. SPERRY,**
    Plaintiff

    **V.**                                    Case No.    **16-3222-JAR-TJJ**

**LINDSEY WILDERMUTH, et al.,**
    Defendants
_____/

## MOTION TO ALTER OR AMEND JUDGMENT

COMES NOW, JEFFREY J. SPERRY, Plaintiff pro se and hereby submits his motion to alter or amend judgment, or in the alternative, motion for relief from judgment. In support of this motion, Plaintiff states as follows:

1. On June 10, 2023, Plaintiff filed his motion to strike defendant's third sequential motion for summary judgment and his response to their third motion, by submitting them to his unit team counselor for e-filing with the court.

2. Unit team counselor returned the documents to Plaintiff two days later and Plaintiff assumed that she had e-filed them.

3. The first week of August 2023, Plaintiff received word back from his inquiry to the Clerk's office that the documents had not been e-filed.

4. Two days later, Plaintiff was on a bus to Wichita Work Release, where he does not have

1

      access to his legal files yet, nor does he have regular access to the law library or a system for e-filing his documents.

5. The Court issued its opinion granting Defendants' third sequential motion for summary judgment at the same time he found out that his motion to strike and response had not been e-filed with the court.

5. Plaintiff did e-file a motion to alter or amend judgment to the email address noted on one of his e-filing receipts, but was later told that it was not the correct one.

6. Plaintiff is now filing this second motion to alter or amend, or in the alternative, motion for relief from judgment under rule 60, because the Court did not receive his responses due to no fault of his own and he will be greatly prejudiced by the summary grant of the summary judgment motion based on the Court's unjust perception that Plaintiff never filed any.

7. Plaintiff is working on having access to his legal files and should have them within the next couple of weeks, at which time, he will be able to resubmit his already timely submitted responses to Defendants' third sequential motion for summary judgment.

8. I would be an unjust waste of court time and resources to make Plaintiff take another Appeal to the 10th Circuit just to have the case remanded again.

9. Defendants have never been entitled to summary judgment in this matter, have abused the Legal process then entire way, and Plaintiff would greatly appreciate being able to have his day in court. This is precisely why plaintiffs should not have their litigation placed into the hands of the very defendants that he is litigating against.

      WHEREFORE, Plaintiff respectfully prays that his motion to alter or amend judgment, or in the alternative, motion for relief from judgment, be granted, his case reinstated,

2

and his motion to strike and response to third sequential motion for summary judgment be heard by the Court.

Respectfully Submitted,

*Jeffrey J. Sperry*<br>JEFFREY J. SPERRY

Dated: August 30, 2023